IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEMAR MEBANE, | ) | |
|     Petitioner, | ) | C.A. No. 24-123 Erie |
| | ) | |
| v. | ) | District Judge Susan Paradise Baxter |
| | ) | Chief Magistrate Judge Richard A. Lanzillo |
| R. IRWIN, et al., | ) | |
|     Respondents. | ) | |

### MEMORANDUM ORDER

This *pro se* action for habeas corpus relief was filed by Petitioner Lemar Mebane pursuant to 28 U.S.C. § 2254. At the time of filing, Petitioner was an inmate incarcerated at the State Correctional Institution at Forest in Marienville, Pennsylvania ("SCI-Forest"), serving a sentence of imprisonment imposed by the Court of Common Pleas of Allegheny County, Pennsylvania. The petition was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In his habeas petition, Petitioner asserts that the Pennsylvania Parole Board violated his constitutional rights in July 2016 when it recommitted him to serve his unexpired term of incarceration following revocation of his parole, thereby illegally extending his sentence beyond the judicially imposed maximum date. Respondents filed a response to the petition arguing that the petition is untimely. [ECF No. 11].

According to the petition, Petitioner was sentenced in state court to a term of incarceration of two to five years, on October 1, 2012. [ECF No. 11-1]. His maximum sentence date was calculated to be October 1, 2017. (Id.). He was released on parole on February 26, 2015. [ECF No. 11-2]. On May 9, 2016, Petitioner was convicted of additional state crimes, and

1

based on these convictions, the Board issued a decision on July 26, 2016, recommitting him to serve his unexpired term of 2 years, 7 months, and 5 days. [ECF Nos. 11-3, 11-4]. His maximum sentence date was recalculated to be February 22, 2019. (Id.). Petitioner sought administrative review of the Board's decision; however, the Board affirmed the decision on March 8, 2018. [ECF No. 11-6]. No further appellate review was sought by Petitioner. The instant petition for habeas relief was filed on May 1, 2024.

On October 7, 2025, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that the instant petition be dismissed, with prejudice, because it was filed well after the expiration of the applicable one-year statute of limitations, and recommending further that a Certificate of Appealability be denied [ECF No. 16]. Objections to the R&R were due to be filed by October 24, 2025; however, no objections have been received from Petitioner.

Thus, after *de novo* review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 11th day of February, 2026,

IT IS HEREBY ORDERED that the within petition for a writ of habeas corpus is DISMISSED, with prejudice, and that a Certificate of Appealability is DENIED. The report and recommendation of Chief Magistrate Judge Lanzillo, dated October 7, 2025 [ECF No. 16], is adopted as the opinion of this Court. As there are no further matters pending before the Court relative to the instant petition, the Clerk is directed to mark this case "CLOSED."

*/s/ Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
Chief United States Magistrate Judge

All parties of record